KORMAN CORPORATION v. GLOUCESTER TOWNSHIP MUNICIPAL UTILITIES AUTHORITY.

October 16, 1978. Petition for certification granted.

TRANSPORT OF NEW JERSEY v. CARLOS WATLER.

October 24, 1978. Petition for certification granted. (See 161 *N. J. Super.* 453)

IN THE MATTER OF THE ESTATE OF NIKITA BLACK, A MINOR.

October 24, 1978. Petition for certification granted.

STATE OF NEW JERSEY v. WILLIAM GRAY.

October 24, 1978. Petition for certification denied.

ARNOLD OCHSNER v. SEQUINS INTERNATIONAL CORP.

October 24, 1978. Petition for certification denied.